1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 |    Telephone: (415) 436-6915
FAX: (415) 436-6927

7 |

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUSEIN HELAIQA, | ) |
|          Plaintiff, | )  No. C 07-1253 MHP |
|          v. | ) |
| Department of Homeland Security, MICHAEL | )  **PARTIES' JOINT REQUEST TO BE** |
| CHERTOFF, Secretary; U.S. Attorney General, | )  **EXEMPT FROM FORMAL ADR** |
| ALBERTO R. GONZALES; United States | )  **PROCESS** |
| Citizenship and Immigration Services, EMILIO | ) |
| T. GONZALEZ, Director; United States | ) |
| Citizenship and Immigration Services, | ) |
| ALFONSO AGUILAR, Chief; United States | ) |
| Citizenship and Immigration Services, DAVID | ) |
| STILL, District Director and ROBERT | ) |
| MUELLER, III, Director of Federal Bureau of | ) |
| Investigation, | ) |
|          Defendants. | ) |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

Resolution Procedures in the Northern District of California," or the specified portions of the ADR

Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

options provided by the court and private entities, and considered whether this case might benefit

from any of them.  Here, the parties agree that referral to a formal ADR process will not be

beneficial because this action is limited to plaintiff's request that this Court compel defendants to

adjudicate the application for naturalization.  Defendants have already requested the FBI expedite

1   the name check so that the application may be processed as soon as possible. Given the substance

2   of the action and the lack of any potential middle ground, ADR will only serve to multiply the

3   proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the

4   parties request the case be removed from the ADR Multi-Option Program and that they be excused

5   from participating in the ADR phone conference and any further formal ADR process.

6

7   Dated: May 22, 2007             Respectfully submitted,

8                                  SCOTT N. SCHOOLS
                                 United States Attorney

9

10                                  EDWARD A. OLSEN
                                 Assistant United States Attorney

11                                  Attorneys for Defendants

12

13   Dated: May 21, 2007

14                                  GERI N. KAHN
                                 Attorneys for Plaintiff

15

16                           **ORDER**

17      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR

18   Multi-Option Program and are excused from participating in the ADR phone conference and any

19   further formal ADR process.

    **SO ORDERED.**

20

21   Dated:  May 23, 2007

22                         MARILYN HALL PATEL
                        United States

23                     IT IS SO ORDERED

24

25                          Judge Marilyn H. Patel

26

27            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

28

Parties' Joint Request for Exemption
C07-1253 MHP                   2