1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7 |

Attorneys for Defendants

8 |

UNITED STATES DISTRICT COURT

9 |

NORTHERN DISTRICT OF CALIFORNIA

10 |

SAN FRANCISCO DIVISION

11 |

12 | HUSEIN HELAIQA,                                      ) No. C 07-1253 MHP
                                                        )
13 |                    Plaintiff,                       )
                                                        )
14 |          v.                                         )
                                                        ) **STIPULATION TO EXTEND DATE OF**
15 | Department of Homeland Security, MICHAEL           ) **CASE MANAGEMENT CONFERENCE;**
     CHERTOFF, Secretary; U.S. Attorney General,        ) **AND [~~PROPOSED~~] ORDER**
16 | ALBERTO R. GONZALES; United States                 )
     Citizenship and Immigration Services, EMILIO       )
17 | T. GONZALEZ, Director; United States               )
     Citizenship and Immigration Services,              )
18 | ALFONSO AGUILAR, Chief; United States              )
     Citizenship and Immigration Services, DAVID        )
19 | STILL, District Director and ROBERT                 )
     MUELLER, III, Director of Federal Bureau of        )
20 | Investigation,                                      )
                                                        )
21 |                    Defendants.                      )
     _____

22 |       The plaintiff, by and through his attorney of record, and defendants, by and through their

23 | attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the

24 | case management conference in this case, based on the following:

25 |       1.  The plaintiff filed an application for naturalization with the United States Citizenship and

26 | Immigration Services (USCIS) on March 28, 2005.

27 |       2.  As part of its processing of the naturalization application, the USCIS asked the FBI to

28 | conduct a name check of the plaintiff.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C07-1253 MHP                              1

1    3.  The plaintiff was interviewed by the USCIS on his naturalization application on or about

2   August 2, 2005.

3    4.  To date, the FBI has not yet completed the name check of the plaintiff.

4    5.  On March 2, 2007, the plaintiff filed an action under 8 U.S.C. § 1447(b), which provides

5   that if the USCIS has failed to make a determination on an individual's application for

6   naturalization within 120 days after the date on which the applicant is examined, the applicant may

7   apply to the United States District Court for a hearing on the matter, and the District Court "may

8   either determine the matter or remand the matter, with appropriate instructions, to the Service to

9   determine the matter."  8 U.S.C. § 1447(b).

10    6.  The USCIS asked the FBI to expedite the processing of the plaintiff's name check on March

11   27, 2007.

12    7.  The parties respectfully ask this Court to extend the date of the case management

13   conference, currently scheduled for June 11, 2007, for approximately sixty days in light of the

14   reasonable possibility that the FBI will complete the name check within that period of time and the

15   USCIS can then adjudicate the naturalization application.

16    7.  The parties ask this Court to re-schedule the case management conference for ~~August 13~~, August 27,

17   2007, at 4:00 p.m.

18

19   Dated:   June 4, 2007                                  Respectfully submitted,

20                                                          SCOTT N. SCHOOLS
                                                           United States Attorney
21
                                                                /s/
22                                                          EDWARD A. OLSEN
                                                           Assistant United States Attorney
23                                                          Attorneys for Defendants

24

25   Dated:   June 4, 2007                                      /s/
                                                           GERI N. KAHN
26                                                          Attorney for Plaintiff

27

28

1

2 **ORDER**

3

4
    Pursuant to stipulation, IT IS SO ORDERED.

5

6 Date:  June 5, 2007

7 MARILYN
    United Sta



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C07-1253 MHP           3