1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
   HUSEIN HELAIQA,                       )
12                                       )  No. C 07-1253 MHP
                   Plaintiff,            )
13                                       )
            v.                           )
14                                       )  **STIPULATION TO A SECOND**
   Department of Homeland Security, MICHAEL  )  **EXTENSION OF DATE OF**
15 CHERTOFF, Secretary; U.S. Attorney General, )  **CASE MANAGEMENT CONFERENCE;**
   ALBERTO R. GONZALES; United States    )  **AND [PROPOSED] ORDER**
16 Citizenship and Immigration Services, EMILIO )
   T. GONZALEZ, Director; United States  )
17 Citizenship and Immigration Services,  )
   ALFONSO AGUILAR, Chief; United States )
18 Citizenship and Immigration Services, DAVID )
   STILL, District Director and ROBERT   )
19 MUELLER, III, Director of Federal Bureau of )
   Investigation,                        )
20                                       )
                   Defendants.            )
21 _____

22      The plaintiff, by and through his attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to a second extension of the

24 date of the case management conference in this case, based on the following:

25      1. The plaintiff filed an application for naturalization with the United States Citizenship and

26 Immigration Services (USCIS) on March 28, 2005.

27      2. As part of its processing of the naturalization application, the USCIS asked the FBI to

28 conduct a name check of the plaintiff.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C07-1253 MHP                                  1

1  3.  The plaintiff was interviewed by the USCIS on his naturalization application on or about
2  August 2, 2005.
3  4.  To date, the FBI has not yet completed the name check of the plaintiff.
4  5.  On March 2, 2007, the plaintiff filed an action under 8 U.S.C. § 1447(b), which provides
5  that if the USCIS has failed to make a determination on an individual's application for
6  naturalization within 120 days after the date on which the applicant is examined, the applicant may
7  apply to the United States District Court for a hearing on the matter, and the District Court "may
8  either determine the matter or remand the matter, with appropriate instructions, to the Service to
9  determine the matter."  8 U.S.C. § 1447(b).
10  6.  The USCIS asked the FBI to expedite the processing of the plaintiff's name check on March
11  27, 2007.
12  7.  On June 4, 2007, the parties filed a stipulation asking this Court to extend the date of the
13  case management conference, which was scheduled for June 11, 2007, for approximately sixty
14  days in light of the reasonable possibility that the FBI would complete the name check within that
15  period of time and USCIS could then adjudicate the naturalization application.
16  8.  This Court approved the parties' stipulation and re-set the case management conference for
17  August 27, 2007, at 4:00 p.m.
18  9.  The FBI has not yet completed the name check.
19  10.  The parties therefore ask this Court to a second extension of the date of the case
20  management conference, this time by 30 days, in light of the reasonable possibility that the FBI
21  will complete the name check and USCIS can then adjudicate the plaintiff's naturalization
22  application.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C07-1253 MHP                                                      2

1
2  Dated: August 20, 2007                    Respectfully submitted,
3                                            SCOTT N. SCHOOLS
                                             United States Attorney
4
                                                    /s/
5                                            EDWARD A. OLSEN
                                             Assistant United States Attorney
6                                            Attorneys for Defendants
7
8  Dated: August 20, 2007                           /s/
                                             GERI N. KAHN
9                                            Attorney for Plaintiff
10
11
12
13                                    **ORDER**
14
15
   Pursuant to stipulation, IT IS SO ORDERED that the case management conference, currently
16
   scheduled for August 27, 2007, is hereby re-scheduled to September 24, 2007, at 4:00 p.m.
17
18
   Date: August 23, 2007                    _____
19                                          MARILYN HALL PATEL
                                            United States District Judge
20
21                                          IT IS SO ORDERED
22
23                                          Judge Marilyn H. Patel
24
25
26
27
28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C07-1253 MHP                              3