1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
   HUSEIN HELAIQA,                            )
12                                            ) No. C 07-1253 MHP
                   Plaintiff,                 )
13                                            )
           v.                                 )
14                                            ) **STIPULATION TO EXTEND BRIEFING**
   Department of Homeland Security, MICHAEL   ) **SCHEDULE AND HEARING DATE;**
15 CHERTOFF, Secretary; U.S. Attorney General,) **AND [PROPOSED] ORDER**
   ALBERTO R. GONZALES; United States         )
16 Citizenship and Immigration Services, EMILIO)
   T. GONZALEZ, Director; United States       )
17 Citizenship and Immigration Services,      )
   ALFONSO AGUILAR, Chief; United States      )
18 Citizenship and Immigration Services, DAVID)
   STILL, District Director and ROBERT        )
19 MUELLER, III, Director of Federal Bureau of)
   Investigation,                             )
20                                            )
                   Defendants.                )
21

22     The plaintiff, by and through his attorney of record, and defendants, by and through their

23  attorneys of record, hereby stipulate, subject to approval of the Court, to a 30-day extension of the

24  briefing schedule and hearing date in this case, based on the following:

25     1. The plaintiff filed an application for naturalization with the United States Citizenship and

26  Immigration Services (USCIS) on March 28, 2005.

27     2. As part of its processing of the naturalization application, the USCIS asked the FBI to

28  conduct a name check of the plaintiff.

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C07-1253 MHP                              1

3. The plaintiff was interviewed by the USCIS on his naturalization application on or about August 2, 2005.

4. On March 2, 2007, the plaintiff filed an action under 8 U.S.C. § 1447(b), which provides that if the USCIS has failed to make a determination on an individual's application for naturalization within 120 days after the date on which the applicant is examined, the applicant may apply to the United States District Court for a hearing on the matter, and the District Court "may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b).

5. The USCIS asked the FBI to expedite the processing of the plaintiff's name check on March 27, 2007.

6. The FBI completed the name check of the plaintiff today, October 25, 2007, and is forwarding the name check result to USCIS.

7. Pursuant to the briefing schedule and hearing date currently in effect, the defendants' motion to remand is due on October 26, 2007; the plaintiff's opposition is due on November 9, 2007; the defendants' reply is due on November 16, 2007; and the hearing is scheduled for December 3, 2007.

8. In light of the fact that the FBI has now completed the plaintiff's name check and the possibility that this case may be moot within the next thirty days, the parties respectfully ask this Court to extend the briefing schedule and hearing date in this matter, as follows:

| | |
|---|---|
| Defendants' Motion to Remand: | November 30, 2007 |
| Plaintiff's Opposition: | December 14, 2007 |
| Defendants' Reply: | December 21, 2007 |
| Hearing: | January 7, 2008, at 2:00 p.m. |

1

2  Dated: October 25, 2007                    Respectfully submitted,

3                                              SCOTT N. SCHOOLS
                                              United States Attorney
4

5
                                                     /s/
6                                              EDWARD A. OLSEN
                                              Assistant United States Attorney
7                                              Attorneys for Defendants

8

9  Dated: October 25, 2007                          /s/
                                              GERI N. KAHN
10                                             Attorney for Plaintiff

11

12                                **ORDER**

13
    Pursuant to stipulation, IT IS SO ORDERED.
14

15  Date: 10/30/2007                          _____
                                              MARILYN HALL PATEL
16                                             United States District Judge

17

18

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C07-1253 MHP                                   3