1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
    HUSEIN HELAIQA,                        )
12                                         )   No. C 07-1253 MHP
                       Plaintiff,          )
13                                         )
            v.                             )
14                                         )   **STIPULATION TO DISMISS AND**
    Department of Homeland Security, MICHAEL ) **[PROPOSED] ORDER**
15  CHERTOFF, Secretary; U.S. Attorney General, )
    ALBERTO R. GONZALES; United States     )
16  Citizenship and Immigration Services, EMILIO )
    T. GONZALEZ, Director; United States   )
17  Citizenship and Immigration Services,  )
    ALFONSO AGUILAR, Chief; United States  )
18  Citizenship and Immigration Services, DAVID )
    STILL, District Director and ROBERT    )
19  MUELLER, III, Director of Federal Bureau of )
    Investigation,                         )
20                                         )
                       Defendants.          )
21  _____)

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26  adjudicate such application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28  ///

Stipulation to Dismiss
C07-1253 MHP                                1

| | |
|---|---|
| 1  Date: November 13, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | Assistant United States Attorney<br>Attorneys for Defendants |
| 8  Date: November 13, 2007 | _____/s/_____<br>GERI KAHN<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/15/2007                    _____
                                    MARILYN HALL PATEL
                                    United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
C07-1253 MHP                        2